IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALICE SCREAM,

   Plaintiff,

     v.

WMC MORTGAGE CORP., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3984-TWT

**ORDER**

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for failure to state a claim. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of February, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Scream\r&r.wpd